IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 14 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JOHN HAGERTY, personal representative for estate of William Hagerty and trustee for wrongful death claim beneficiaries; LARRY KINS, personal representative for estate of Lillian Kins and trustee for wrongful death claim beneficiaries; KATHY PELTIER, personal representative for estate of Richard Peltier and trustee for wrongful death claim beneficiaries; MARGARET WRIGHT (deceased) and ELISABETH BURRELL, personal representatives for estate of Andrew Wright and trustee for wrongful death claim beneficiaries,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary, U.S. Department of Health & Human Services,<br><br>Defendant. | CV 19–123–M–DWM<br><br>ORDER |

Defendant having filed an unopposed motion for leave to file the Certified Administrative Record for the Estates of William Hagerty, Lillian Kins, Richard Peltier, and Andrew Wright under seal,

1

IT IS ORDERED that the Defendant's motion (Doc. 6) is GRANTED. The Clerk of Court is directed to file the lodged Certified Record under seal.

DATED this 14th day of November, 2019.

Donald W. Molloy, District Judge
United States District Court