FILED

DEC 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN HAGERTY, personal representative for estate of William Hagerty and trustee for wrongful death claim beneficiaries; LARRY KINS, personal representative for estate of Lillian Kins and trustee for wrongful death claim beneficiaries; KATHY PELTIER, personal representative for estate of Richard Peltier and trustee for wrongful death claim beneficiaries; MARGARET WRIGHT (deceased) and ELISABETH BURRELL, personal representatives for estate of Andrew Wright and trustee for wrongful death claim beneficiaries,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary, U.S. Department of Health & Human Services,<br><br>　　　　　Defendant. | CV 19–123–M–DWM<br><br>ORDER |

Defendant having moved unopposed for clarification of the deadline to file his response brief to Plaintiffs' pending motions for summary judgment, (*see* Docs. 10, 11),

1

IT IS ORDERED that Defendant's motion (Doc. 15) is DENIED. *See* L.R. 7.1(d)(1)(B)(i).

DATED this 12th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court