IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN HAGERTY, personal representative for estate of William Hagerty and trustee for wrongful death claim beneficiaries; LARRY KINS, personal representative for estate of Lillian Kins and trustee for wrongful death claim beneficiaries; KATHY PELTIER, personal representative for estate of Richard Peltier and trustee for wrongful death claim beneficiaries; MARGARET WRIGHT (deceased) and ELISABETH BURRELL, personal representatives for estate of Andres Wright and trustee for wrongful death claim beneficiaries,<br><br>    Plaintiffs,<br><br> vs.<br><br>ALEX AZAR, Secretary, U.S. Department of Health & Human Services,<br><br>    Defendant. | CV 19-123-M-DWM<br><br>JUDGMENT |

  This action came before the Court for determination on the record. A decision has been rendered. IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant in accordance with the Court's Opinion and

Order dated this date and filed as Doc. 31 in the case file.

Dated this 23rd day of September, 2020.

> TYLER P. GILMAN, CLERK
> By: /s/ Nicole Stephens
> Nicole Stephens, Deputy Clerk